■ In the Matter of MELISSA A. FERRUSI, Respondent, v SHARIFF K. JAMES, Appellant. (Appeal No. 1.) [988 NYS2d 514]— Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered May 24, 2013 in a proceeding pursuant to Family Court Act article 8. The order determined that respondent violated the terms of an order of protection.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner mother commenced this proceeding pursuant to Family Court Act article 8 alleging that respondent father willfully violated an order of protection directing him to stay away from the mother and the parties' child except during scheduled visitation. In appeal No. 1, the father appeals from an order finding, inter alia, that the mother met her burden of establishing the allegations in the petition and, in appeal No. 2, the father appeals from an order committing him to a jail term of six months, to be served consecutively to a jail term imposed upon his violation of a prior order of protection. Contrary to respondent's contention in appeal No. 1, the mother established by clear and convincing evidence that the father willfully violated the terms of the order of protection (*see Matter of Ferrusi v James*, 108 AD3d 1083, 1083 [2013]; *Matter of Mary Ann YY. v Edward YY.*, 100 AD3d 1253, 1254 [2012]). With respect to the order in appeal No. 2, the father's challenge to the commitment is moot inasmuch as it has expired by its own terms (*see Ferrusi*, 108 AD3d at 1083), and we therefore dismiss the appeal from that order. Present—Scudder, P.J., Smith, Peradotto, Sconiers and Whalen, JJ.